UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MICHAEL REINHOLD MAMMOTH, ) No. ED CV 16-2648-JAK (PLA)
)
    Petitioner, ) **JUDGMENT**
)
    v. )
)
SCOTT FRAUENHEIM, Warden, )
)
    Respondent. )
_____ )

    Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

    IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: September 6, 2017

                                    HONORABLE JOHN A. KRONSTADT
                                    UNITED STATES DISTRICT JUDGE